DATE: 11-3-15     TO THE HON CLERK:    COA case no 02-14-00002-
PD-0755-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 05 2015

Abel Acosta, Clerk

Ms. DEBRA SPISAK

DEAR MS:

I'm praying that you can help me with this matter Ms. Spisak ive tryed to get my Trial Court Records in order to send my P-D-R for my Pro-se Petition for Discretionary Review to send to your Court i would like to know since we already ask the Honorable clerk Mr. Acosta from the Court of Appeals to help me with an other Extension for in order to see if my Court will send me my Reporter Trial Records that my Appeal Attorney Mike Burger BAR No 02191900 did not send me when he send me in his head letter on how to proceed with this Application for this P-D-R, and Now ive already been behind 3 months cause of this Due process that i feel that my Appeal Attorney left me without an Explaination on not by forwarding my Trial Reporter's Records So i can proceed Ms. Spisak.

Now what i would like to know is Ms. Spisak can i send this application with what i have which is my own records and my affidavit both of these records that i only have to proceed this Application.

Now my next Question is ive already sent Mr. Abel Acosta the Honorable Clerk for the Court of Appeals for an other Extension ive wrote him letter back in Oct 26, 2015 but he did not answer me back so id sent him an other one again this week Just to see if he'll give me one "But until then im asking you on how can i proceed this matter please Ms. Spisak please advise me on how you can help me Thank you again for your time. Your assistance in this matter is very gratefully appreciated. And God Bless you

Respectfully Submitted

Robert Ramirez    Pro-se